**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:12-cv-05383 |
|---|---|
| U.S. Commodity Futures Trading Commission<br>v.<br>Peregrine Financial Group, Inc. and<br>Russell R. Wasendorf, Sr. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Eidelman, not individually, but solely in his capacity as Receiver for Russell R. Wasendorf, Sr.

| NAME (Type or print) |  |
|---|---|
| Michael M. Eidelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael M. Eidelman | |
| FIRM | |
| Vedder Price P.C. | |
| STREET ADDRESS | |
| 222 N. LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197788 | 312-609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |