AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. Commodity Futures Trading Commission

CASE NUMBER: 1:12-cv-05383

V.

ASSIGNED JUDGE: Hon. George W. Lindberg

Peregrine Financial Group, Inc., and
Russel R. Wasendorf, Sr.

DESIGNATED
MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

Peregrine Financial Group
c/o Rebecca J. Wing, General Counsel
311 West Monroe St., Suite 1300
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Janulis
U.S. Commodity Futures Trading Commission
525 W. Monroe St., Suite 1100
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK — THOMAS G. BRUTON, CLERK

DATE: July 11, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 12, 2012 |
| NAME OF SERVER (PRINT) M. KENNETH HAMPTON | TITLE CFTC INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SERVED REBECCA WING, GEN COUNSEL, AT 311 W. MONROE ST., SUITE 1300, CHICAGO, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-12                M. Kenneth Hampton
            Date                    Signature of Server

525 W. MONROE ST., SUITE 1100, CHICAGO, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.